AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION<br><br>FILED<br>FEB 20 2020<br>SUSAN Y. SOONG<br>CLERK U.S. DISTRICT COURT<br>NORTH DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>Count 1: 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C)– Conspiracy to Manufacture Marijuana<br>Count 2: 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Manufacture of Marijuana<br>Count 2: 18 U.S.C. § 1361 – Depredation Against Property of the United States<br><br>☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony<br><br>PENALTY: Counts 1 and 2: 20 years' imprisonment, at least three years and up to lifetime supervised release, $1,000,000 fine, forfeiture, $100 special assessment<br>Count 3: 10 years' imprisonment, three years' supervised release, $250,000 fine, restitution, forfeiture, $100 special assessment | **DEFENDANT - U.S**<br>▶ Leonel Tomas Blas, German Dominguez Galindo, Eliezer Garcia-Guerrero ⊞<br><br>DISTRICT COURT NUMBER<br>CR20  0085  SI |

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
United States Forest Service

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on this form: David L. Anderson
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Alexis J. Loeb

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction         } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No bail
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**CR20  0085  SI**

UNITED STATES OF AMERICA,

V.

LEONEL TOMAS BLAS, GERMAN DOMINGUEZ GALINDO, AND ELIEZER GARCIA-GUERERRO,

DEFENDANT(S).

## INDICTMENT

21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C) – Conspiracy to Manufacture Marijuana Plants;
21 U.S.C. § 841(a)(1) and (b)(1)(C) – Manufacture of Marijuana Plants;
18 U.S.C. § 1361 – Depredation Against Property of the United States;
21 U.S.C. § 853 – Forfeiture Allegation

A true bill.

_____
Foreman

Filed in open court this __20th__ day of __February, 2020__.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

KAREN L. HOM
Clerk

Bail, $ __no bail warrants all defendants__

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

FEB 20 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONEL TOMAS BLAS, GERMAN DOMINGUEZ GALINDO, AND ELIEZER GARCIA-GUERERRO,<br><br>Defendants. | CASE NO. **CR20    0085**  SI<br><br>VIOLATIONS:<br>21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C) – Conspiracy to Manufacture Marijuana Plants;<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) – Manufacture of Marijuana Plants;<br>18 U.S.C. § 1361 – Depredation Against Property of the United States;<br>21 U.S.C. § 853 – Forfeiture Allegation |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C)– Conspiracy to Manufacture Marijuana)

Beginning on a date unknown to the Grand Jury, but no later than on or about August 1, 2018, and continuing to on or about August 15, 2018, in the Mendocino National Forest, within the Northern District of California, the defendants,

LEONEL TOMAS BLAS,
GERMAN DOMINGUEZ GALINDO,

INDICTMENT

and ELIEZER GARCIA-GUERERRO,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to manufacture 50 or more marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(C).

COUNT TWO:     (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Manufacture of Marijuana)

Beginning on a date unknown to the Grand Jury, but no later than on or about August 1, 2018, and continuing to on or about August 15, 2018, in the Mendocino National Forest, in the Northern District of California, the defendants,

LEONEL TOMAS BLAS,
GERMAN DOMINGUEZ GALINDO,
and ELIEZER GARCIA-GUERERRO,

did knowingly and intentionally manufacture 50 or more marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT THREE:     (18 U.S.C. § 1361 – Depredation Against Property of the United States)

Beginning on a date unknown to the Grand Jury, but no later than on or about August 1, 2018, and continuing to on or about August 15, 2018, in the Mendocino National Forest, within the Northern District of California, the defendants,

LEONEL TOMAS BLAS,
GERMAN DOMINGUEZ GALINDO,
and ELIEZER GARCIA-GUERERRO,

willfully and by means of committing one or more of the marijuana offenses alleged in Counts One through Two herein, which involved the maintenance of marijuana cultivation plots, a campsite, and reservoirs, which generated trash and human waste, and involved the clearing of vegetation, the use of fertilizers and pesticides, and the diversion of spring water, did injure and commit a depredation against property of the United States, namely land and natural resources in the Mendocino National Forest, within the jurisdiction of the United States Forest Service, and the resulting damage exceeded $1,000.

All in violation of Title 18, United States Code, Section 1361.

FORFEITURE ALLEGATION:     (18 U.S.C. § 981 and 21 U.S.C. § 853 – Criminal Forfeiture)

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

Upon conviction of any of the offenses alleged in Counts One through Two above, the defendants,

LEONEL TOMAS BLAS,
GERMAN DOMINGUEZ GALINDO,
and ELIEZER GARCIA-GUERERRO,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

Upon conviction for any of the offenses alleged in Count Three above, the defendants,

LEONEL TOMAS BLAS,
GERMAN DOMINGUEZ GALINDO,
and ELIEZER GARCIA-GUERERRO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendant obtained, directly and indirectly, as the result of those violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461, and Federal Rule of Criminal Procedure 32.2.

DATED: 2/20/2020

A TRUE BILL.

FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

ALEXIS J. LOEB
Assistant United States Attorney

INDICTMENT                                                     4



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

FEB 20 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. Blas, Galindo, and Guerrero-Garcia

**CASE NUMBER:** CR20 0085 SI

**Is This Case Under Seal?** Yes ✓   No

**Total Number of Defendants:**   1   2-7 ✓   8 or more

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** Yes   No ✓

**Venue (Per Crim. L.R. 18-1):** SF ✓   OAK   SJ

**Is this a potential high-cost case?** Yes   No ✓

**Is any defendant charged with a death-penalty-eligible crime?** Yes   No ✓

**Is this a RICO Act gang case?** Yes   No ✓

**Assigned AUSA (Lead Attorney):** Alexis Loeb

**Date Submitted:** 2/20/2020

**Comments:**

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)